United States District Court
Southern District of Texas
**ENTERED**
October 26, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAKALA LIMULE, | § | CIVIL ACTION NO |
| Plaintiff, | § | 4:22-cv-00856 |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| DOLGENCORP OF TEXAS INC d/b/a DOLLAR GENERAL CORPORATION, | § | |
| Defendant. | § | |

ORDER

The parties have provided joint notice of settlement of their dispute. Dkt 18.

All claims by Plaintiff Dakala Limule against Defendant Dolgencorp of Texas Inc are DISMISSED WITH PREJUDICE.

Plaintiff may move within ninety days to reinstate the claims against Defendant if approval of documentation or condition precedent fails.

SO ORDERED.

Signed on October 26, 2023, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge