United States District Court
Southern District of Texas
**ENTERED**
April 03, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAKALA LIMULE § | |
| § | |
| v. § | CIVIL ACTION NO. 4:22-cv-00856 |
| § | (Jury Trial Demanded) |
| DOLGENCORP OF TEXAS, INC. D/B/A § | |
| DOLLAR GENERAL CORPORATION § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

**CAME ON TO BE CONSIDERED**, Plaintiff DAKALA LIMULE and DOLGENCORP OF TEXAS, INC.'s Agreed Motion for Dismissal with Prejudice. The Court, after considering the Motion, and finding that Plaintiff DAKALA LIMULE no longer desires to pursue her claims against Defendant DOLGENCORP OF TEXAS, INC., determines that the Motion is well taken and should be GRANTED.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**, that this suit and all claims and causes of action asserted by Plaintiff DAKALA LIMULE in this suit against Defendant DOLGENCORP OF TEXAS, INC. be, and hereby are, dismissed with prejudice against the refiling of the same.

Costs of court are taxed against the party incurring same.

SIGNED the 3rd day of April, 2024.

Hon. Charles Eskridge
United States District Judge

3

APPROVED AS TO FORM AND ENTRY REQUESTED:

**LUCERO | WOLLAM, P.L.L.C.**

*/s/ Stefan A. Ginnard*
**GINA A. LUCERO**
State Bar No.: 00791144
Federal Bar No.: 19949
**Attorney-In-Charge**
**STEFAN A. GINNARD**
State Bar No.: 24086440
Federal Bar No.: 2895693
1776 Yorktown, Suite 100
Houston, Texas 77056
Telephone: (713) 225-3400
Facsimile: (713) 225-3300
Email: glucero@lucerowollam.com
Email: sginnard@lucerowollam.com

**COUNSEL FOR DEFENDANT**
**DOLGENCORP OF TEXAS, INC.**

-and-

**CHAD JONES LAW, P.C.**

/s/ Kevin Kornegay *by permission
**KEVIN KORNEGAY**
State Bar No.: 24091082
P.O. Box 4408
Bryan, Texas 77805
Telephone: (979) 595-5000
Facsimile: (800) 645-1941
Email: efilekkornegay@chadjoneslaw.com
Email: kkornegay@chadjoneslaw.com

**ATTORNEY FOR PLAINTIFF**
**DAKALA LIMULE**